22 So.2d 925

### Eugene COOK v. STATE.
### 6 Div. 379.

Supreme Court of Alabama.

July 26, 1945.

Silberman & Silberman and Victor H. Smith, all of Birmingham, for petitioner.

Wm. N. McQueen, Acting Atty. Gen., and Frank N. Savage, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Eugene Cook for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Cook v. State, 22 So.2d 924.

Writ denied.

GARDNER, C. J., and THOMAS and FOSTER, JJ., concur.